**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOBBY JOE MILLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMADOR COUNTY JAIL,<br><br>　　　　Defendant. | No.  2:21-CV-2226-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion to proceed in forma pauperis. See ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Plaintiff's request to proceed in forma pauperis is, therefore, granted.

　　　　IT IS SO ORDERED.

Dated:  January 28, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1