UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY JOE DWAYNE MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>AMADOR COUNTY JAIL,<br><br>    Defendant. | No.  2:21-cv-02226-DAD-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE<br><br>(Doc. No. 22) |

Plaintiff Bobby Joe Dwayne Miller is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 11, 2023, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute this action.  (Doc. No. 22.)  In particular, on August 10, 2023, the court granted defendant's motion to dismiss plaintiff's complaint and directed plaintiff to file an amended complaint within thirty days.  (Doc. No. 21.)  The court specifically noted that failure by plaintiff to file an amended complaint within thirty days would result in the dismissal of this action.  (*Id.*)  Plaintiff did not comply with, or otherwise respond to, the court's August 10, 2023 order.

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (Doc.

No. 22.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on October 11, 2023 (Doc. No. 22) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **January 3, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE